BEFORE THE SECOND DIVISION, JULY 29, 1948

No. 52483.— American Straw Goods Co. et al. v. United States, protests 545529–G, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.